1 | Salah Uddin

2 | 5394 Saddleback Court

3 | El Sobrante, CA 94803

4 | (510) 684-5848

5 | twinturbosalah@yahoo.com

6 | Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*San Francisco*

| | |
|---|---|
| | Case Number:   3:24-cv-02532-WHO |
| UDDIN,<br><br>           Plaintiff,<br><br>     vs.<br><br>AUTOMOBILI LAMBORGHINI AMERICA, LLC. ET AL.,<br>           Defendants. | **STIPULATION AND ORDER TO CONTINUE SAC MOTION TO DISMISS RESPONSE AND REPLY DEADLINES FOR DOCKETS 67, 68**<br><br>Honorable Judge William H. Orrick<br><br>Complaint Filed:   April 26, 2024 |

STIPULATION AND ORDER
CASE NO.: 3:24-cv-02532-WHO

1

Pursuant to Civil Local Rule 6-1, 6-2 and 7-12, Plaintiff Salah Uddin and Defendants Automobili Lamborghini America, LLC ("ALA"), Porsche Leasing Ltd. and Porsche Financial Services, Inc. (dba Lamborghini Financial Services, and collectively as "Porsche"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 26, 2024, Plaintiff initiated this action against defendants (DKT 1);

WHEREAS, on July 30, 2024, Plaintiff filed the First Amended Complaint ("FAC") (DKT 50);

WHEREAS, on August 13, 2024, ALA filed a motion to dismiss the FAC (DKT 52);

WHEREAS, on August 15, 2024, Porsche filed a joinder to the motion to dismiss the FAC (DKT 53);

WHEREAS, on October 17, 2024, the Court granted motion to dismiss with leave to amend (DKT 60);

WHEREAS, on November 10, 2024, Plaintiff filed the Second Amended Complaint ("SAC") (DKT 65);

WHEREAS, on November 25, 2024, ALA filed a motion to dismiss the SAC (DKT 67);

WHEREAS, on November 25, 2024, Porsche filed a motion to dismiss the SAC (DKT 68);

WHEREAS, in consideration of the multiple motion to dismiss the SAC filings made in parallel (DKTs 67, 68, 69), the parties responsible for motions to dismiss in DKTs 67 (ALA) and 68 (Porsche), agree to extend the original Response deadline of December 9, 2024 and Reply deadline of December 16, 2024, to match with the separate motion to dismiss the SAC filed in DKT 69 having a Response deadline of December 31, 2024 and Reply deadline of January 7, 2025;

WHEREAS, there have not been any prior continuance of the Motion to Dismiss Response and Reply dates;

WHEREAS, this extension will not affect any other dates already set by the Court.

///

**IT IS HEREBY STIPULATED AND AGREED** by the parties, pursuant to Civil Local Rule 6-1 and 6-2, to continue the Motion to Dismiss Response deadline of December 9, 2024 to

December 31, 2024, and the motion to dismiss Reply deadline of December 16, 2024, to January 7, 2025.

Dated: December 6, 2024    By: /s/ Salah Uddin
Salah Uddin
Pro Se Plaintiff

Dated: December 6, 2024    Squire Patton Boggs (US) LLP

By: /s/ Shaun Kim
Shaun Kim
Attorneys for Defendant
AUTOMOBILI LAMBORGHINI AMERICA, LLC

Dated: December 6, 2024    Tharpe & Howell, LLP

By: /s/ Stacey Miller
Stacey A. Miller
Attorneys for Defendant
PORSCHE LEASING LTD and PORSCHE FINANCIAL SERVICES, INC. dba LAMBORGHINI FINANCIAL SERVICES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1
2  Dated: December 6, 2024

_____
HONORABLE WILLIAM H. ORRICK